■ PETER COYLE, Respondent, v CAROL NEWMAN et al., Appellants.—In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Suffolk County (Lama, J.), entered October 8, 1986, which denied their motion pursuant to CPLR 3212 for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

Our examination of the record discloses that there exist triable issues of fact precluding the granting of summary judgment. Mangano, J. P., Thompson, Bracken and Spatt, JJ., concur.